AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____Massachusetts_____

Randy Boucher et al.

**SUMMONS IN A CIVIL ACTION**

V.

City of Worcester et al.

CASE NUMBER:

**04-12673 REK**

TO: (Name and address of Defendant)

Officer Ortiz,
Worcester Police Department

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Howard Friedman
Myong J. Joun
Jennifer L. Bills
Law Offices of Howard Friedman, P.C.
90 Canal Street, 5th Floor
Boston, MA 02114-2022

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                             12-21-04

CLERK                                                    DATE

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE<br>2/1/05 |
| NAME OF SERVER *(PRINT)*<br>William E. George | TITLE<br>Constable |
| *Check one box below to indicate appropriate method of service* ||

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Said service was effected by leaving said copy of the within Summons & Complaint with Jennifer Tauper, Agent at his/her last and usual place of business to wit: WPD, 9-11 Lincoln Sq., Worcester, MA

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/1/05
  Date

*Signature of Server*  William E. George

340 Main St., Suite 608, Worcester, MA 01608
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.