UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RANDY BOUCHER and LEON A. KING II,<br>    Plaintiffs,<br><br>v.<br><br>CITY OF WORCESTER, BAHAMA BOB'S WORCESTER, INC., PETER TOWLER, DANIEL DOWD, THOMAS DOWD, THOMAS DUFFY, EDWARD McGINN, MOORE, THOMAS, FALCONE and ORTIZ,<br>    Defendants. | C.A. No. 04-12673 REK |

## NOTICE OF APPEARANCE

Please enter our appearance on behalf of Defendant Thomas Dowd in the above-captioned matter.

                                                  DEFENDANT THOMAS DOWD
                                                  By his attorneys,

/s/Michael J. Akerson                                     /s/ Austin M. Joyce

Michael J. Akerson                                       Austin M. Joyce
REARDON, JOYCE & AKERSON, P.C.           REARDON, JOYCE & AKERSON, P.C.
397 Grove Street                                           397 Grove Street
Worcester, MA 01605                                 Worcester, MA 01605
(508) 754-7285                                               (508) 754-7285
BBO# 558565                                                    BBO#: 255040

/s/ John K. Vigliotti                                        /s/ Andrew J. Gambaccini

John K. Vigliotti                                                 Andrew J. Gambaccini
REARDON, JOYCE & AKERSON, P.C.           REARDON, JOYCE & AKERSON, P.C.
397 Grove Street                                           397 Grove Street
Worcester, MA 01605                                 Worcester, MA 01605
(508) 754-7285                                               (508) 754-7285
BBO # 642337                                                   BBO # 654690

## CERTIFICATE OF SERVICE

I, Andrew Gambaccini, hereby certify that a true and correct copy of the foregoing Notice of Appearance was mailed on this 18th day of February, 2005 via U.S. mail, first class postage prepaid to all counsel of record as follows:

Howard Friedman, Esq.
Myong J. Joun, Esq.
Jennifer L. Bills, Esq.
Law Offices of Howard Friedman, P.C.
90 Canal Street, Fifth Floor
Boston, MA 02114-2022

Donald Rider, Esq.
Assistant City Solicitor
City of Worcester Law Department
City Hall, Room 301
Worcester, MA 01608

By: _____
Andrew Gambaccini