UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Randy Boucher, et al.**
      **Plaintiff**

   **V.**

**City of Worcester, et al.**
      **Defendant**

CIVIL ACTION

NO. 04-12673

## O R D E R

Keeton, S.D.J.

 Pursuant to the provisions of Rule 40.1(c) of the Local Rules, the above-entitled case is hereby transferred to the Worcester session of this court for all further proceedings.

           By The Court,

           /s/ Karen Folan
           Deputy Clerk

Date: 2/22/05

Copies to:   Counsel, Operations Manager

(Transfer O - Worcester.wpd - 7/99)            [divtranout.]