COMMONWEALTH OF MASSACHUSETTS
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RANDY BOUCHER and LEON A. KING II<br>    Plaintiffs<br><br>vs.<br><br>BAHAMA BOB'S WORCESTER, INC., ET AL.<br>    Defendants | CIVIL ACTION NO. 04-12673REK |

### DEFENDANT BAHAMA BOB'S WORCESTER, INC. ANSWER TO PLAINTIFFS' COMPLAINT

The defendant, Bahama Bob's Worcester, Inc., hereby answers as follows:

**INTRODUCTION**

1. The allegation contained in Plaintiffs' Complaint states a legal conclusion. To the extent an answer is required the defendant Bahama Bob's Worcester, Inc. is without sufficient knowledge to admit or deny the allegation contained in paragraph 1, accordingly the Defendant leaves the Plaintiffs' to their proof.

**JURISDICTION**

2. The allegation contained in Plaintiffs' Complaint states a legal conclusion. To the extent an answer is required the defendant Bahama Bob's Worcester, Inc. is without sufficient knowledge to admit or deny the allegation contained in paragraph 2, accordingly the Defendant leaves the Plaintiffs' to their proof.

**PARTIES**

3. The defendant Bahama Bob's Worcester, Inc. is without sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 3 of Plaintiffs' Complaint, accordingly the Defendant leaves the Plaintiffs' to their proof.

4. The defendant Bahama Bob's Worcester, Inc. is without sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 4 of Plaintiffs' Complaint, accordingly the Defendant leaves the Plaintiffs' to their proof.

5. The defendant Bahama Bob's Worcester, Inc. admits the allegations contained in paragraph 5 of Plaintiffs' Complaint.

6. The defendant Bahama Bob's Worcester, Inc. is without sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 6 of Plaintiffs' Complaint, accordingly the Defendant leaves the Plaintiffs' to their proof.

7. The defendant Bahama Bob's Worcester, Inc. admits the allegations contained in this paragraph 7 of the Plaintiffs' Compliant.

## **FACTS**

8. The defendant Bahama Bob's Worcester, Inc. is without sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 8 of Plaintiffs' Complaint, accordingly the Defendant leaves the Plaintiffs' to their proof.

9. The defendant Bahama Bob's Worcester, Inc. is without sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 9 of Plaintiffs' Complaint, accordingly the Defendant leaves the Plaintiffs' to their proof.

10. The defendant Bahama Bob's Worcester, Inc. is without sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 10 of Plaintiffs' Complaint, accordingly the Defendant leaves the Plaintiffs' to their proof.

11. The defendant Bahama Bob's Worcester, Inc. denies the allegations contained in this paragraph 11 of Plaintiffs' Complaint.

12. The defendant Bahama Bob's Worcester, Inc. is without sufficient knowledge to form a belief as to the truth of the allegations contained in this paragraph 12 of Plaintiffs' Complaint, accordingly the Defendant leaves the Plaintiffs' to their proof.

13. The defendant Bahama Bob's Worcester, Inc. denies the allegations contained in this paragraph.

14. The defendant Bahama Bob's Worcester, Inc. is without sufficient knowledge to form a belief as to the truth of the allegations contained in this paragraph 14 of Plaintiffs' Complaint.

15. The defendant Bahama Bob's Worcester, Inc. denies the allegations contained in this paragraph 15 of Plaintiffs' Complaint.

16. The defendant Bahama Bob's Worcester, Inc. denies the allegations contained in this paragraph 16 of Plaintiffs' Complaint.

17. The defendant Bahama Bob's Worcester, Inc. denies the allegations contained in this

paragraph 17 of Plaintiffs' Complaint.

18. The defendant Bahama Bob's Worcester, Inc. denies the allegations contained in this paragraph 18 of Plaintiffs' Complaint.

19. The defendant Bahama Bob's Worcester, Inc. is without sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 19 of Plaintiffs' Complaint, accordingly the Defendant leaves the Plaintiffs' to their proof.

20. The defendant Bahama Bob's Worcester, Inc. denies the allegations contained in this paragraph 20 of Plaintiffs' Complaint.

21. The defendant Bahama Bob's Worcester, Inc. denies the allegations contained in this paragraph 21 of Plaintiffs' Complaint.

22. The defendant Bahama Bob's Worcester, Inc. denies the allegations contained in this paragraph 22 of Plaintiffs' Complaint.

23. The defendant Bahama Bob's Worcester, Inc. denies the allegations contained in this paragraph 23 of Plaintiffs' Complaint.

24. The defendant Bahama Bob's Worcester, Inc. denies the allegations contained in this paragraph 24 of Plaintiffs' Complaint.

25. The defendant Bahama Bob's Worcester, Inc. denies the allegations contained in this paragraph 25 of Plaintiffs' Complaint.

26. The defendant Bahama Bob's Worcester, Inc. denies the allegations contained in this paragraph 26 of Plaintiffs' Complaint.

27. The defendant Bahama Bob's Worcester, Inc. is without sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 27 of Plaintiffs' Complaint, accordingly the Defendant leaves the Plaintiffs' to their proof.

28. The defendant Bahama Bob's Worcester, Inc. is without sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 28 of Plaintiffs' Complaint, accordingly the Defendant leaves the Plaintiffs' to their proof.

29. The defendant Bahama Bob's Worcester, Inc. is without sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 29 of Plaintiffs' Complaint, accordingly the Defendant leaves the Plaintiffs' to their proof.

30. The defendant Bahama Bob's Worcester, Inc. is without sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph of Plaintiffs' Complaint, accordingly the Defendant leaves the Plaintiffs' to their proof.

31. The defendant Bahama Bob's Worcester, Inc. is without sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 31 of Plaintiffs' Complaint, accordingly the Defendant leaves the Plaintiffs' to their proof.

32. The defendant Bahama Bob's Worcester, Inc. is without sufficient knowledge to form a belief as to the truth of the allegations contained in paragraph 32 of Plaintiffs' Complaint, accordingly the Defendant leaves the Plaintiffs' to their proof.

### DAMAGES

33. The defendant Bahama Bob's Worcester, Inc. denies the allegations contained in this paragraph 33 of Plaintiffs' Complaint.

34. The defendant Bahama Bob's Worcester, Inc. denies the allegations contained in this paragraph 34 of Plaintiffs' Complaint.

35. The defendant Bahama Bob's Worcester, Inc. is without sufficient knowledge to form a belief as to the truth of the allegations contained in this paragraph 35 of Plaintiffs' Complaint, accordingly the Defendant leaves the Plaintiffs' to their proof.

36. The defendant Bahama Bob's Worcester, Inc. is without sufficient knowledge to form a belief as to the truth of the allegations contained in this paragraph 36 of Plaintiffs' Complaint, accordingly the Defendant leaves the Plaintiffs' to their proof.

37. The defendant Bahama Bob's Worcester, Inc. denies the allegations contained in this paragraph 37 of Plaintiffs' Complaint.

### COUNT ONE:     42 U.S.C. §1983 FOURTH AMENDMENT CLAIM

38. The defendant Bahama Bob's Worcester, Inc. repeats and reasserts its answer to paragraphs 1 through 37 and incorporates them herein by reference.

39. The allegations contained in this paragraph 39 are not addressed to defendant Bahama Bob's Worcester, Inc. To the extent an answer is required the defendant Bahama Bob's Worcester, Inc. is without sufficient knowledge to form a belief as to the truth of the allegations contained in this paragraph 39 of Plaintiffs' Complaint, accordingly the Defendant leaves the Plaintiffs' to their proof.

40. The allegations contained in this paragraph 40 are not addressed to defendant Bahama Bob's Worcester, Inc. To the extent an answer is required the defendant Bahama Bob's Worcester, Inc. is without sufficient knowledge to form a belief as to the truth of the allegations contained in this paragraph 40 of Plaintiffs' Complaint, accordingly the Defendant leaves the Plaintiffs' to their proof.

41. The allegations contained in this paragraph 41 are not addressed to defendant Bahama Bob's Worcester, Inc. To the extent an answer is required the defendant Bahama Bob's Worcester, Inc. is without sufficient knowledge to form a belief as to the truth of the allegations contained in this paragraph 41 of Plaintiffs' Complaint, accordingly the Defendant leaves the Plaintiffs' to their proof.

42. The allegations contained in this paragraph 42 are not addressed to defendant Bahama Bob's Worcester, Inc. To the extent an answer is required the defendant Bahama Bob's Worcester, Inc. is without sufficient knowledge to form a belief as to the truth of the allegations contained in this paragraph 42 of Plaintiffs' Complaint, accordingly the Defendant leaves the Plaintiffs' to their proof.

**COUNT TWO:**     **MASSACHUSETTS CIVIL RIGHTS ACT, M.G.L. C. 12 §11I**

43. The defendant Bahama Bob's Worcester, Inc. repeats and reasserts its answer to paragraphs 1 through 42 and incorporates them herein by reference.

44. The allegations contained in this paragraph 44 are not addressed to defendant Bahama Bob's Worcester, Inc. To the extent an answer is required the defendant Bahama Bob's Worcester, Inc. is without sufficient knowledge to form a belief as to the truth of the allegations contained in this paragraph 44 of Plaintiffs' Complaint, accordingly the Defendant leaves the Plaintiffs' to their proof.

45. The allegations contained in this paragraph 45 are not addressed to defendant Bahama Bob's Worcester, Inc. To the extent an answer is required the defendant Bahama Bob's Worcester, Inc. is without sufficient knowledge to form a belief as to the truth of the allegations contained in this paragraph 45 of Plaintiffs' Complaint, accordingly the Defendant leaves the Plaintiffs' to their proof.

**COUNT THREE:**     **ASSAULT & BATTERY**

46. The defendant Bahama Bob's Worcester, Inc. repeats and reasserts its answer to paragraphs 1 through 45 and incorporates them herein by reference.

47. The allegations contained in this paragraph 47 are not addressed to defendant Bahama Bob's Worcester, Inc. To the extent an answer is required the defendant Bahama Bob's Worcester, Inc. is without sufficient knowledge to form a belief as to the truth of the allegations contained in this paragraph 47 of Plaintiffs' Complaint, accordingly the Defendant leaves the Plaintiffs' to their proof.

48. The allegations contained in this paragraph 48 are not addressed to defendant Bahama Bob's Worcester, Inc. To the extent an answer is required the defendant Bahama Bob's Worcester, Inc. is without sufficient knowledge to form a belief as to the truth of the allegations contained in this paragraph 48 of Plaintiffs' Complaint, accordingly the Defendant leaves the Plaintiffs' to their proof.

49. The defendant Bahama Bob's Worcester, Inc. are without sufficient knowledge to form a belief as to the truth of the allegations contained in this paragraph.

**COUNT FOUR:** **FALSE IMPRISONMENT**

50. The defendant Bahama Bob's Worcester, Inc. repeats and reasserts its answer to paragraphs 1 through 49 and incorporates them herein by reference.

51. The allegations contained in this paragraph 51 are not addressed to defendant Bahama Bob's Worcester, Inc. To the extent an answer is required the defendant Bahama Bob's Worcester, Inc. is without sufficient knowledge to form a belief as to the truth of the allegations contained in this paragraph 51 of Plaintiffs' Complaint, accordingly the Defendant leaves the Plaintiffs' to their proof.

52. The allegations contained in this paragraph 52 are not addressed to defendant Bahama Bob's Worcester, Inc. To the extent an answer is required the defendant Bahama Bob's Worcester, Inc. is without sufficient knowledge to form a belief as to the truth of the allegations contained in this paragraph 52 of Plaintiffs' Complaint, accordingly the Defendant leaves the Plaintiffs' to their proof.

53. The allegations contained in this paragraph 53 are not addressed to defendant Bahama Bob's Worcester, Inc. To the extent an answer is required the defendant Bahama Bob's Worcester, Inc. is without sufficient knowledge to form a belief as to the truth of the allegations contained in this paragraph 53 of Plaintiffs' Complaint, accordingly the Defendant leaves the Plaintiffs' to their proof.

54. The allegations contained in this paragraph 54 are not addressed to defendant Bahama Bob's Worcester, Inc. To the extent an answer is required the defendant Bahama Bob's Worcester, Inc. is without sufficient knowledge to form a belief as to the truth of the allegations contained in this paragraph 54 of Plaintiffs' Complaint, accordingly the Defendant leaves the Plaintiffs' to their proof.

**COUNT FIVE:** **MALICIOUS PROSECUTION**

55. The defendant Bahama Bob's Worcester, Inc. repeats and reasserts its answer to paragraphs 1 through 54 and incorporates them herein by reference.

56. The allegations contained in this paragraph 56 are not addressed to defendant Bahama Bob's Worcester, Inc. To the extent an answer is required the defendant Bahama Bob's Worcester, Inc. is without sufficient knowledge to form a belief as to the truth of the allegations contained in this paragraph 56 of Plaintiffs' Complaint, accordingly the Defendant leaves the Plaintiffs' to their proof.

57. The allegations contained in this paragraph 57 are not addressed to defendant Bahama

Bob's Worcester, Inc. To the extent an answer is required the defendant Bahama Bob's Worcester, Inc. is without sufficient knowledge to form a belief as to the truth of the allegations contained in this paragraph 57 of Plaintiffs' Complaint, accordingly the Defendant leaves the Plaintiffs' to their proof.

**COUNT SIX:     42 U.S.C. §1983 CLAIM AGAINST THE CITY OF WORCESTER**

58. The defendant Bahama Bob's Worcester, Inc. repeats and reasserts its answer to paragraphs 1 through 57 and incorporates them herein by reference.

59. The allegations contained in this paragraph 59 are not addressed to defendant Bahama Bob's Worcester, Inc. To the extent an answer is required the defendant Bahama Bob's Worcester, Inc. is without sufficient knowledge to form a belief as to the truth of the allegations contained in this paragraph 59 of Plaintiffs' Complaint, accordingly the Defendant leaves the Plaintiffs' to their proof.

60. The allegations contained in this paragraph 60 are not addressed to defendant Bahama Bob's Worcester, Inc. To the extent an answer is required the defendant Bahama Bob's Worcester, Inc. is without sufficient knowledge to form a belief as to the truth of the allegations contained in this paragraph 60 of Plaintiffs' Complaint, accordingly the Defendant leaves the Plaintiffs' to their proof.

61. The allegations contained in this paragraph 61 are not addressed to defendant Bahama Bob's Worcester, Inc. To the extent an answer is required the defendant Bahama Bob's Worcester, Inc. is without sufficient knowledge to form a belief as to the truth of the allegations contained in this paragraph 61 of Plaintiffs' Complaint, accordingly the Defendant leaves the Plaintiffs' to their proof.

62. The allegations contained in this paragraph 62 are not addressed to defendant Bahama Bob's Worcester, Inc. To the extent an answer is required the defendant Bahama Bob's Worcester, Inc. is without sufficient knowledge to form a belief as to the truth of the allegations contained in this paragraph 62 of Plaintiffs' Complaint, accordingly the Defendant leaves the Plaintiffs' to their proof.

**COUNT SEVEN:    M.G.L. C. 12 §11I CLAIM AGAINST BAHAMA BOB'S WORCESTER, INC.**

63. The defendant Bahama Bob's Worcester, Inc. repeats and reasserts its answer to paragraphs 1 through 62 and incorporates them herein by reference.

64. The defendant Bahama Bob's Worcester, Inc. denies the allegations contained in this paragraph 64 of Plaintiffs' Complaint.

65. The defendant Bahama Bob's Worcester, Inc. denies the allegations contained in this paragraph 65 of Plaintiffs' Complaint.

66. The defendant Bahama Bob's Worcester, Inc. denies the allegations contained in this paragraph 66 of Plaintiffs' Complaint.

67. The defendant Bahama Bob's Worcester, Inc. denies the allegations contained in this paragraph 67 of Plaintiffs' Complaint.

68. The defendant Bahama Bob's Worcester, Inc. denies the allegations contained in this paragraph 68 of Plaintiffs' Complaint.

69. The defendant Bahama Bob's Worcester, Inc. denies the allegations contained in this paragraph 69 of Plaintiffs' Complaint.

70. The defendant Bahama Bob's Worcester, Inc. denies the allegations contained in this paragraph 70 of Plaintiffs' Complaint.

71. The defendant Bahama Bob's Worcester, Inc. denies the allegations contained in this paragraph 71 of Plaintiffs' Complaint.

72. The defendant Bahama Bob's Worcester, Inc. denies the allegations contained in this paragraph 72 of Plaintiffs' Complaint.

73. The defendant Bahama Bob's Worcester, Inc. denies the allegations contained in this paragraph 73 of Plaintiffs' Complaint.

**COUNT EIGHT:    NEGLIGENCE CLAIM AGAINST BAHAMA BOB'S WORCESTER, INC.**

74. The defendant Bahama Bob's Worcester, Inc. repeats and reasserts its answer to paragraphs 1 through 73 and incorporates them herein by reference.

75. The defendant Bahama Bob's Worcester, Inc. denies the allegations contained in this paragraph 75 of Plaintiffs' Complaint.

76. The defendant Bahama Bob's Worcester, Inc. denies the allegations contained in this paragraph 76 of Plaintiffs' Complaint.

77. The defendant Bahama Bob's Worcester, Inc. denies the allegations contained in this paragraph 77 of Plaintiffs' Complaint.

78. The defendant Bahama Bob's Worcester, Inc. denies the allegations contained in this paragraph 78 of Plaintiffs' Complaint.

79. The defendant Bahama Bob's Worcester, Inc. denies the allegations contained in this paragraph 79 of Plaintiffs' Complaint.

80. The defendant Bahama Bob's Worcester, Inc. denies the allegations contained in this paragraph 80 of Plaintiffs' Complaint.

**WHEREFORE,** the Defendant requests that this Court:

1. Dismiss Plaintiffs' Complaint

2. Award reasonable attorney's fees and costs, to the defendant Bahama Bob's Worcester, Inc.

3. Award such other further relief as this Court may deem necessary and appropriate.

### FIRST DEFENSE

The defendant Bahama Bob's Worcester, Inc. states pursuant to Federal Rules of Civil Procedure 12(b)(6), the Plaintiffs' Complaint fails to state a claim upon which relief can be granted against the defendant.

### SECOND DEFENSE

And further answering, the defendant Bahama Bob's Worcester, Inc. states the Plaintiffs' was more than 50 percent negligent in causing or contributing to the accident, injuries, and damages alleged, and therefore the Plaintiffs' either cannot recover or any verdict or finding in the Plaintiffs' favor must be reduced by the percentage of negligence attributed to the said Plaintiffs'.

### THIRD DEFENSE

And further answering, the defendant Bahama Bob's Worcester, Inc. states that the intervening act of a third party was the proximate cause of the alleged damage to the Plaintiffs'.

### FOURTH DEFENSE

And further answering, the defendant Bahama Bob's Worcester, Inc. state that if the Plaintiffs' suffered the injuries or damages alleged, such injuries or damages were caused by someone whose conduct the defendants were not and are not legally responsible.

### FIFTH DEFENSE

And further answering, the defendant Bahama Bob's Worcester, Inc. states that the intervening act of a third party was the proximate cause of the alleged damage to the Plaintiffs'.

## SIXTH DEFENSE

And further answering, the defendant Bahama Bob's Worcester, Inc. states that the negligent acts or omissions complained of by Plaintiffs' were committed, if at all, by a third party for whose actions the defendant is not legally responsible.

## SEVENTH DEFENSE

And further answering, the defendant Bahama Bob's Worcester, Inc. states that the action cannot be maintained under the doctrine of Vicarious Liability Pursuant to MASSACHUSETTS CIVIL RIGHTS ACT, Massachusetts General Laws Chapter 12 §11I.

## EIGHTH DEFENSE

And further answering, the defendant Bahama Bob's Worcester, Inc. states that the action is barred under the doctrine of Negligence by the Statute of Limitations for filing such action against the defendant Bahama Bob's Worcester, Inc.

## NINTH DEFENSE

And further answering, the defendant Bahama Bob's Worcester, Inc. states that the action cannot be maintained under the doctrine of Negligence by Federal Rules of Civil Procedure 12 (b) defense of Laches, as the Plaintiffs' have caused difficulties by unreasonable delay in bringing an action.

                                                The Defendant,
                                                Bahama Bob's Worcester, Inc.
                                                By its' Attorney

                                                _____
                                                Richard J. Rafferty, Esquire
                                                BBO # 551944
                                                EDEN & RAFFERTY, P.C.
                                                19 Norwich Street, 5th Floor
                                                Worcester, MA 01608
                                                (508) 795-1601

DATE: _____

**CERTIFICATE OF SERVICE**

    I, Richard J. Rafferty, do hereby certify that on this _____ day of _____ 2004, I served a copy of Defendant's Answer to Plaintiff's Complaint, by mailing first-class, postage prepaid, to Plaintiff's attorney of record:

Howard Friedman, Esq.
Myoung J. Joun, Esq.
Jennifer L. Bills, Esq.
Law Offices Of Howard Friedman, P.C.
90 Canal Street, 5th Floor
Boston, MA 02114-2022

                                                           _____
                                                           Richard J. Rafferty, Esquire