UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RANDY BOUCHER and LEON A. KING II,<br>        Plaintiffs,<br><br>v.<br><br>CITY OF WORCESTER, BAHAMA BOB'S WORCESTER, INC., PETER TOWLER, DANIEL DOWD, THOMAS DOWD, THOMAS DUFFY, EDWARD McGINN, MOORE, THOMAS, FALCONE and ORTIZ,<br>        Defendants. | C.A. No. 04-12673 FDS |

## CERTIFICATION OF DEFENDANT THOMAS DOWD

The undersigned party and his counsel hereby affirm that they conferred:

(a)   regarding the conduct of the full course, and various alternative courses, for the litigation; and

(b)   to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

/s/ Thomas Dowd
Thomas Dowd

/s/ Michael J. Akerson
Michael J. Akerson
REARDON, JOYCE & AKERSON, P.C.
397 Grove Street
Worcester, MA 01605
(508) 754-7285
BBO#: 5585656