UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RANDY BOUCHER et. al<br>　　　Plaintiffs<br><br>v.<br><br>CITY OF WORCESTER, BAHAMA<br>BOB'S WORCESTER, INC., PETER<br>TOWLER, DANIEL DOWD,<br>THOMAS DOWD, THOMAS DUFFY,<br>EDWARD McGINN, MOORE,<br>THOMAS, FALCONE and ORTIZ,<br><br>　　　Defendants | CIVIL ACTION NO. 04-12673-FDS |

## JOINT STATEMENT AND PROPOSED DISCOVERY SCHEDULE

### I.   INTRODUCTION

Counsel for the plaintiff and counsel for the defendant conferred by telephone April 6, 2005.

### II.   PROPOSED SCHEDULE

The parties propose the following discovery schedule:

1. Initial disclosures will be completed by April 29, 2005.

2. Amendments to pleadings will be filed by August 29, 2005.

3. Fact Discovery

　　a.. All requests for production of documents and interrogatories must be served by August 26, 2005.

　　b. All requests for admissions must be served by November 18, 2005.

    c. All depositions other than expert deposition will be completed by December 16, 2005.

 4. All fact discovery other than expert discovery will be completed by March 10, 2006.

 5. A status conference will be held at time picked by the court.

 6. Expert discovery

   a. Plaintiffs will make expert disclosures by December 2, 2005

   b. Plaintiffs' expert will be deposed by February 24, 2006

   c. Defendants will make expert disclosures by January 13, 2006

   d. Defendants' experts will be deposed by March 10, 2006

 7. Dispositive motions.

   a. Dispositive motions will be filed by April 10, 2006

   b. Oppositions to dispositive motions will be filed within forty-five days after service

 8. A pre-trial conference will be held at time picked by the court.

## III. TRIAL BY MAGISTRATE JUDGE

The parties do not consent to a trial before a magistrate judge.

RESPECTFULLY SUBMITTED,
Randy Boucher and Leon A. King III
By their attorney,

/s/ Howard Friedman

---

Howard Friedman
BBO# 180080
Law Offices of Howard Friedman, P.C.
90 Canal Street, 5th Floor
Boston, MA 02114-2022
(617) 742-4100


Bahama Bob's Worcester, Inc.,
By their attorney,

/s/ Richard J. Rafferty/HF

---

Richard J. Rafferty
BBO# 551944
Eden & Rafferty, P.C.
19 Norwich Street, 5th Floor
Worcester, MA 01608
(508) 795-1601


City of Worcester
Peter Towler
Daniel Dowd
Thomas Duffy
Edward McGinn
James Moore
Jose Ortiz

By their attorney,

/s/ Don Rider/HF

---

Don Rider
BBO #549777
City Hall
455 Main Street
Room 301
Worcester, MA 01608
(508) 799-1161

Thomas Dowd
By his attorneys,

/s/ Michael J. Akerson /HF

_____
Michael J. Akerson
BBO#558565
Andrew Gambaccini
BBO# 654690
Reardon, Joyce and Ackerson, P.C.
397 Grove Street
Worcester MA 01605
(508) 754-7285