UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 04CV12673-FDS

| | |
|---|---|
| RANDY BOUCHER and <br> LEON A KING II, <br>     Plaintiffs <br><br> v. <br><br> CITY OF WORCESTER, <br> BAHAMA BOB'S WORCESTER, <br> INC., PETER TOWLER, <br> DANIEL DOWD, THOMAS DOWD, <br> THOMAS C. DUFFY, EDWARD <br> MCGINN, MOORE, THOMAS, <br> FALCONE AND ORTIZ, <br>     Defendants | CERTIFICATION OF DEFENDANT <br> CITY OF WORCESTER |

Pursuant to LR 16.1(D)(3), Defendant City of Worcester hereby certifies that it and its counsel have conferred:

    a.    with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation; and

    b.    to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

CITY OF WORCESTER

*[signature]*

Michael V. O'Brien
City Manager
City of Worcester

                  CITY OF WORCESTER, PETER TOWLER,
                  DANIEL DOWD, THOMAS C. DUFFY,
                  EDWARD MCGINN, MOORE, THOMAS,
                  FALCONE AND ORTIZ

                  By their attorneys,
                  David M. Moore
                  City Solicitor

                  *[signature]*

                  Donald V. Rider, Jr. (BBO#549777)
                  Assistant City Solicitor
                  City Hall, Room 301
                  455 Main Street
                  Worcester, MA   01608
                  (508) 799-1161

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that I have served upon all parties of record the within Certification of Defendant City of Worcester by mailing a copy of the same, postage prepaid, to Howard Friedman, Esquire, Law Offices of Howard Friedman, P.C. 90 Canal Street, Fifth Floor, Boston, MA  02114-2022; Richard J. Rafferty, Esquire, Eden & Rafferty, 19 Norwich Street, Worcester, MA 01608; and Michael J. Akerson, Esquire, Reardon, Joyce & Akerson, P.C., 397 Grove Street, Worcester, MA 01605 this 7th day of April, 2005.

                                    *[signature]*

                              Donald V. Rider, Jr
                              Assistant City Solicitor