UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 04CV12673-FDS

RANDY BOUCHER and          )
LEON A KING II,            )
          Plaintiffs       )
                           )
v.                         )
                           )
CITY OF WORCESTER,         )    CERTIFICATION OF DEFENDANT
BAHAMA BOB'S WORCESTER,    )    PETER TOWLER
INC., PETER TOWLER,        )
DANIEL DOWD, THOMAS DOWD,  )
THOMAS C. DUFFY, EDWARD    )
MCGINN, MOORE, THOMAS,     )
FALCONE AND ORTIZ,         )
          Defendants       )

Pursuant to LR 16.1(D)(3), Defendant Peter Towler hereby
certifies that he and his counsel have conferred:

    a.    with a view to establishing a budget for the costs of
          conducting   the   full   course,   and   various
          alternative courses, of this litigation; and

    b.    to consider the resolution of this litigation through
          the use of alternative dispute resolution programs
          such as those outlined in LR 16.4.

PETER TOWLER


_____
Peter Towler

                                CITY OF WORCESTER, PETER TOWLER,
                                DANIEL DOWD, THOMAS C. DUFFY,
                                EDWARD MCGINN, MOORE, THOMAS,
                                FALCONE AND ORTIZ

                                By their attorneys,
                                David M. Moore
                                City Solicitor


                                _____
                                Donald V. Rider, Jr. (BBO#549777)
                                Assistant City Solicitor
                                City Hall, Room 301
                                455 Main Street
                                Worcester, MA  01608
                                (508) 799-1161


## CERTIFICATE OF SERVICE

     I, the undersigned, hereby certify that I have served upon all parties of record the within Certification of Defendant Peter Towler by mailing a copy of the same, postage prepaid, to Howard Friedman, Esquire, Law Offices of Howard Friedman, P.C. 90 Canal Street, Fifth Floor, Boston, MA  02114-2022; Richard J. Rafferty, Esquire, Eden & Rafferty, 19 Norwich Street, Worcester, MA 01608; and Michael J. Akerson, Esquire, Reardon, Joyce & Akerson, P.C., 397 Grove Street, Worcester, MA 01605 this _____ day of April, 2005.


                                _____
                                Donald V. Rider, Jr.
                                Assistant City Solicitor


                                      2