UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 04CV12673-FDS

| | |
|---|---|
| RANDY BOUCHER and ) | |
| LEON A KING II, ) | |
|     Plaintiffs ) | |
| ) | |
| v. ) | AFFIDAVIT AS TO FUTURE FILING |
| ) | OF REMAINING CERTIFICATIONS |
| CITY OF WORCESTER, ) | |
| BAHAMA BOB'S WORCESTER, ) | |
| INC., PETER TOWLER, ) | |
| DANIEL DOWD, THOMAS DOWD,) | |
| THOMAS C. DIFFY, EDWARD ) | |
| MCGINN, MOORE, THOMAS, ) | |
| FALCONE AND ORTIZ ) | |
|     Defendants ) | |

I, the undersigned, hereby do depose and state on oath:

1.   I am the attorney of record in the above-captioned lawsuit for Defendants City of Worcester Peter Towler, Daniel Dowd, Thomas Duffy, Edward McGinn, James Moore, Jonathan Thomas, Patricia Falcone and Jose Ortiz ("Defendants"). I have personal knowledge of the following facts.

2.   At approximately 5:15 p.m. on April 6, 2005, I listened to a voicemail message left for me by counsel for Plaintiffs in this case, advising me that the parties needed to file a proposed joint statement and discovery schedule in this case no later than today.

3.   This was my first indication that there was an initial scheduling conference already scheduled in this case, as I am filing herewith the Answer on behalf of Defendants. My subsequent online query disclosed that that conference is scheduled for Thursday, April 14, 2005.

4.   I am filing herewith the Certifications for Defendants City of Worcester and Peter Towler. Meanwhile, I have made arrangements to obtain the signatures of the remaining defendants whom I represent in this case, including two individuals (Patricia Falcone and Jonathan Thomas) who are no

longer employed by the City of Worcester.  I will be filing at the earliest possible time all certifications I receive.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 7th DAY OF APRIL, 2005.

_____
Donald V. Rider, Jr. (BBO#549777)
Assistant City Solicitor
City Hall, Room 301
455 Main Street
Worcester, MA  01608
(508) 799-1161

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have served upon all parties of record the within Affidavit as to Future Filing of Remaining Certifications by mailing a copy of the same, postage prepaid, to Howard Friedman, Esquire, Law Offices of Howard Friedman, P.C. 90 Canal Street, Fifth Floor, Boston, MA 02114-2022; Richard J. Rafferty, Esquire, Eden & Rafferty, 19 Norwich Street, Worcester, MA 01608; and Michael J. Akerson, Esquire, Reardon, Joyce & Akerson, P.C., 397 Grove Street, Worcester, MA 01605 this 7th day of April, 2005.

_____
Donald V. Rider, Jr.
Assistant City Solicitor