UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NUMBER: 04-12673REK

---

RANDY BOUCHER and )
LEON A. KING, II )
)
    PLAINTIFFS )
v. )
)
CITY OF WORCESTER, )
BAHAMA BOB'S )
WORCESTER, INC., PETER )
TOWLER, DANIEL DOWD, )
THOMAS DOWD, THOMAS )
DUFFY, EDWARD McGINN, )
MOORE, THOMAS, FALCONE, )
and ORTIZ )
    DEFENDANTS )

---

## CERTIFICATION OF BAHAMA BOB'S WORCESTER, INC. PURSUANT TO LOCAL RULE 7.3 (A)

The undersigned, in accordance with Local Rule 7.3 (A), does hereby affirm that Bahama Bob's Worcester, Inc. does not have a parent company and no publicly held company owns 10% or more of Bahama Bob's Worcester, Inc.'s stock.

_4/8_, 2005      Bahama Bob's Worcester, Inc.
By: _____

4/8 , 2005

Bahama Bob's Worcester, Inc.
by it's attorney,

Richard J. Rafferty, Jr., Esquire
EDEN & RAFFERTY
19 Norwich Street, 5th Floor
Worcester, Massachusetts 01608
Telephone: 508-795-1601
B.B.O. Number: 551994

## CERTIFICATE OF SERVICE

I, Richard J. Rafferty, hereby certify that I have served, on April 08, 2005, a copy of certification of Plaintiff Randy Boucher and Leon King II, on Bahama Bob's Worcester, Inc. and it's attorney pursuant to local rule 7.3. (A) (3) and hereby certify that a copy of the foregoing document has been served upon the following attorney of record:

Howard Friedman, Esq.
Myong J. Joun, Esq.
Jennifer L. Bills, Esq.
Law Office of Howard Friedman, P.C.
90 Canal Street, Fifth Floor
Boston, MA 02114-2022


Donald V. Rider, Jr
Assistant City Solicitor
City of Worcester Law Department
City Hall, Room 301
Worcester, MA 01608

Andrew Gambaccini, Esq.
Reardon, Joyce & Akerson, P.C.
397 Grove Street
Worcester, MA 01605




Richard J. Rafferty, Esquire