UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NUMBER: 04-12673REK

```
-------------------------------------------)
RANDY BOUCHER and                          )
LEON A. KING, II                           )
                                           )
        PLAINTIFFS                         )
v.                                         )
                                           )
CITY OF WORCESTER,                         )
BAHAMA BOB'S                               )
WORCESTER, INC., PETER                     )
TOWLER, DANIEL DOWD,                       )
THOMAS DOWD, THOMAS                        )
DUFFY, EDWARD McGINN,                      )
MOORE, THOMAS, FALCONE,                    )
and ORTIZ                                  )
        DEFENDANTS                         )
-------------------------------------------)
```

**CERTIFICATION OF BAHAMA BOB'S WORCESTER, INC.
AND ITS ATTORNEY PURSUANT TO LOCAL RULE 16.1 (D)(3)**

The undersigned, in accordance with Local Rule 16.1(D)(3), do hereby affirm that they have conferred with a view towards establishing a budget for the costs of conduction of the full course – and various alternatives courses – for the litigation, and to consider the resolution this litigation through the use of alternative dispute resolution programs.

_____4/8_____, 2005

Bahama Bob's Worcester, Inc.
by its attorney,

_____
Richard J. Rafferty, Jr., Esquire
EDEN & RAFFERTY
19 Norwich Street, 5th Floor
Worcester, Massachusetts 01608
Telephone: 508-795-1601
B.B.O. Number: 551994

_____ 2005

Bahama Bob's Worcester, Inc.
By: _____

## CERTIFICATE OF SERVICE

     I, Richard J. Rafferty, hereby certify that I have served, on April 08, 2005, a copy of Certification of Plaintiff Randy Boucher and Leon King II, on Bahama Bob's Worcester, Inc. and it's attorney pursuant to local rule 16.1 (D) (3) and hereby certify that a copy of the foregoing document has been served upon the following attorney of record:

Howard Friedman, Esq.
Myong J. Joun, Esq.
Jennifer L. Bills, Esq.
Law Office of Howard Friedman, P.C.
90 Canal Street, Fifth Floor
Boston, MA 02114-2022

Donald V. Rider, Jr
Assistant City Solicitor
City of Worcester Law Department
City Hall, Room 301
Worcester, MA 01608

Andrew Gambaccini, Esq.
Reardon, Joyce & Akerson, P.C.
397 Grove Street
Worcester, MA 01605

_____
Richard J. Rafferty, Esquire