UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| RANDY BOUCHER and LEON A. KING II,<br>    Plaintiffs<br><br>v.<br><br>CITY OF WORCESTER, BAHAMA<br>BOB'S WORCESTER, INC., PETER<br>TOWLER, DANIEL DOWD,<br>THOMAS DOWD, THOMAS DUFFY,<br>EDWARD McGINN, MOORE,<br>THOMAS, FALCONE and ORTIZ,<br><br>    Defendants | CIVIL ACTION NO. 04-12673-FDS |

### L.R. 16.1(D)(3) CERTIFICATE OF PLAINTIFF LEON A. KING II

I, Leon A. King II, hereby certify that I have conferred with counsel with a view to establishing a budget for the costs of conducting the full course and alternative courses of the above litigation. In addition, we have conferred regarding resolution of this case through alternative dispute resolution.

Date: 4/7/2005

/s/ Leon A. King
Leon A. King II

I, Howard Friedman, hereby certify that I have complied with the requirements of L.R. 16.1 (D)(3).

/s/ Howard Friedman
Howard Friedman