UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RANDY BOUCHER and LEON A. KING II,<br>Plaintiffs<br><br>v.<br><br>CITY OF WORCESTER, BAHAMA<br>BOB'S WORCESTER, INC., PETER<br>TOWLER, DANIEL DOWD,<br>THOMAS DOWD, THOMAS DUFFY,<br>EDWARD McGINN, MOORE,<br>THOMAS, FALCONE and ORTIZ,<br><br>Defendants | CIVIL ACTION NO. 04-12673-FDS |

## L.R. 16.1(D)(3) CERTIFICATE OF PLAINTIFF RANDY BOUCHER

I, Randy Boucher, hereby certify that I have conferred with counsel with a view to establishing a budget for the costs of conducting the full course and alternative courses of the above litigation. In addition, we have conferred regarding resolution of this case through alternative dispute resolution.

Date: 4/7/2005          /s/ Randy Boucher
                        Randy Boucher


I, Howard Friedman, hereby certify that I have complied with the requirements of L.R. 16.1 (D)(3).

                        /s/ Howard Friedman
                        Howard Friedman