UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 04CV126730-FDS 42

| | |
|---|---|
| RANDY BOUCHER and ) | |
| LEON A KING II, ) | |
|         Plaintiffs ) | |
| ) | |
| v. ) | |
| ) | |
| CITY OF WORCESTER, ) | CERTIFICATION OF DEFENDANT |
| BAHAMA BOB'S WORCESTER, ) | THOMAS DUFFY |
| INC., PETER TOWLER, ) | |
| DANIEL DOWD, THOMAS DOWD,) | |
| THOMAS C. DUFFY, EDWARD ) | |
| MCGINN, MOORE, THOMAS, ) | |
| FALCONE AND ORTIZ, ) | |
|         Defendants ) | |

Pursuant to LR 16.1(D)(3), Defendant Thomas Duffy hereby certifies that he and his counsel have conferred:

a. with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation; and

b. to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

THOMAS DUFFY

_____
Thomas Duffy

                CITY OF WORCESTER, PETER TOWLER,
                DANIEL DOWD, THOMAS C. DUFFY,
                EDWARD MCGINN, MOORE, THOMAS,
                FALCONE AND ORTIZ

                By their attorneys,
                David M. Moore
                City Solicitor

                _____
                Donald V. Rider, Jr. (BBO#549777)
                Assistant City Solicitor
                City Hall, Room 301
                455 Main Street
                Worcester, MA  01608
                (508) 799-1161

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that I have served upon all parties of record the within Certification of Defendant Thomas Duffy by hand delivering a copy of the same, ~~postage prepaid~~, to Howard Friedman, Esquire, Law Offices of Howard Friedman, P.C. 90 Canal Street, Fifth Floor, Boston, MA  02114-2022; Richard J. Rafferty, Esquire, Eden & Rafferty, 19 Norwich Street, Worcester, MA  01608; and Michael J. Akerson, Esquire, Reardon, Joyce & Akerson, P.C., 397 Grove Street, Worcester, MA 01605 this 14th day of April, 2005.

                _____
                Donald V. Rider, Jr.
                Assistant City Solicitor