UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 04CV126730-FDS

| | |
|---|---|
| RANDY BOUCHER and ) | |
| LEON A KING II, ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | |
| ) | |
| CITY OF WORCESTER, ) | CERTIFICATION OF DEFENDANT |
| BAHAMA BOB'S WORCESTER, ) | JAMES MOORE |
| INC., PETER TOWLER, ) | |
| DANIEL DOWD, THOMAS DOWD, ) | |
| THOMAS C. DUFFY, EDWARD ) | |
| MCGINN, MOORE, THOMAS, ) | |
| FALCONE AND ORTIZ, ) | |
| Defendants ) | |

Pursuant to LR 16.1(D)(3), Defendant James Moore hereby certifies that he and his counsel have conferred:

a. with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation; and

b. to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

JAMES MOORE

_____
James Moore

                          CITY OF WORCESTER, PETER TOWLER,
                          DANIEL DOWD, THOMAS C. DUFFY,
                          EDWARD MCGINN, MOORE, THOMAS,
                          FALCONE AND ORTIZ

                          By their attorneys,
                          David M. Moore
                          City Solicitor

                          _____
                          Donald V. Rider, Jr. (BBO#549777)
                          Assistant City Solicitor
                          City Hall, Room 301
                          455 Main Street
                          Worcester, MA  01608
                          (508) 799-1161

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I have served upon all parties of record the within Certification of Defendant James Moore by hand delivering a copy of the same, ~~postage prepaid~~, to Howard Friedman, Esquire, Law Offices of Howard Friedman, P.C. 90 Canal Street, Fifth Floor, Boston, MA  02114-2022; Richard J. Rafferty, Esquire, Eden & Rafferty, 19 Norwich Street, Worcester, MA 01608; and Michael J. Akerson, Esquire, Reardon, Joyce & Akerson, P.C., 397 Grove Street, Worcester, MA 01605 this 14th day of April, 2005.

_____
Donald V. Rider, Jr.
Assistant City Solicitor