UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 04CV126730-FDS

| | |
|---|---|
| RANDY BOUCHER and<br>LEON A KING II,<br>    Plaintiffs<br><br>v.<br><br>CITY OF WORCESTER,<br>BAHAMA BOB'S WORCESTER,<br>INC., PETER TOWLER,<br>DANIEL DOWD, THOMAS DOWD,<br>THOMAS C. DUFFY, EDWARD<br>MCGINN, MOORE, THOMAS,<br>FALCONE AND ORTIZ,<br>    Defendants | CERTIFICATION OF DEFENDANT<br>EDWARD MCGINN |

Pursuant to LR 16.1(D)(3), Defendant Edward McGinn hereby certifies that he and his counsel have conferred:

a. with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation; and

b. to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

EDWARD MCGINN

_____
Edward McGinn

CITY OF WORCESTER, PETER TOWLER,
DANIEL DOWD, THOMAS C. DUFFY,
EDWARD MCGINN, MOORE, THOMAS,
FALCONE AND ORTIZ

By their attorneys,
David M. Moore
City Solicitor

_____
Donald V. Rider, Jr. (BBO#549777)
Assistant City Solicitor
City Hall, Room 301
455 Main Street
Worcester, MA 01608
(508) 799-1161

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I have served upon all parties of record the within Certification of Defendant Edward McGinn by hand delivering a copy of the same, ~~postage prepaid~~, to Howard Friedman, Esquire, Law Offices of Howard Friedman, P.C. 90 Canal Street, Fifth Floor, Boston, MA 02114-2022; Richard J. Rafferty, Esquire, Eden & Rafferty, 19 Norwich Street, Worcester, MA 01608; and Michael J. Akerson, Esquire, Reardon, Joyce & Akerson, P.C., 397 Grove Street, Worcester, MA 01605 this 14th day of April, 2005.

_____
Donald V. Rider, Jr.
Assistant City Solicitor