UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 04CV126730-FDS

| | |
|---|---|
| RANDY BOUCHER and LEON A KING II,<br>Plaintiffs | )<br>)<br>)<br>) |
| v. | )<br>) |
| CITY OF WORCESTER, BAHAMA BOB'S WORCESTER, INC., PETER TOWLER, DANIEL DOWD, THOMAS DOWD, THOMAS C. DUFFY, EDWARD MCGINN, MOORE, THOMAS, FALCONE AND ORTIZ,<br>Defendants | )   CERTIFICATION OF DEFENDANT<br>)   JONATHAN THOMAS<br>)<br>)<br>)<br>)<br>)<br>) |

Pursuant to LR 16.1(D)(3), Defendant Jonathan Thomas hereby certifies that he and his counsel have conferred:

a.  with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation; and

b.  to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

JONATHAN THOMAS

_____
Jonathan Thomas

                              CITY OF WORCESTER, PETER TOWLER,
                              DANIEL DOWD, THOMAS C. DUFFY,
                              EDWARD MCGINN, MOORE, THOMAS,
                              FALCONE AND ORTIZ

                              By their attorneys,
                              David M. Moore
                              City Solicitor

                              _____
                              Donald V. Rider, Jr. (BBO#549777)
                              Assistant City Solicitor
                              City Hall, Room 301
                              455 Main Street
                              Worcester, MA  01608
                              (508) 799-1161

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that I have served upon all parties of record, the within Certification of Defendant Jonathan Thomas by hand delivering a copy of the same, ~~postage prepaid,~~ to Howard Friedman, Esquire, Law Offices of Howard Friedman, P.C. 90 Canal Street, Fifth Floor, Boston, MA 02114-2022; Richard J. Rafferty, Esquire, Eden & Rafferty, 19 Norwich Street, Worcester, MA 01608; and Michael J. Akerson, Esquire, Reardon, Joyce & Akerson, P.C., 397 Grove Street, Worcester, MA 01605 this 14th day of April, 2005.

                              _____
                              Donald V. Rider, Jr.
                              Assistant City Solicitor