UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 04CV126730-FDS

| | | |
|---|---|---|
| RANDY BOUCHER and<br>LEON A KING II,<br>　　　Plaintiffs | )<br>)<br>)<br>) | |
| v. | )<br>) | |
| CITY OF WORCESTER,<br>BAHAMA BOB'S WORCESTER,<br>INC., PETER TOWLER,<br>DANIEL DOWD, THOMAS DOWD,<br>THOMAS C. DUFFY, EDWARD<br>MCGINN, MOORE, THOMAS,<br>FALCONE AND ORTIZ,<br>　　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CERTIFICATION OF DEFENDANT<br>JOSE ORTIZ |

Pursuant to LR 16.1(D)(3), Defendant Jose Ortiz hereby certifies that he and his counsel have conferred:

　　a.　with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation; and

　　b.　to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

JOSE ORTIZ

_____
José Ortiz

                CITY OF WORCESTER, PETER TOWLER,
                DANIEL DOWD, THOMAS C. DUFFY,
                EDWARD MCGINN, MOORE, THOMAS,
                FALCONE AND ORTIZ

                By their attorneys,
                David M. Moore
                City Solicitor

_____
Donald V. Rider, Jr. (BBO#549777)
Assistant City Solicitor
City Hall, Room 301
455 Main Street
Worcester, MA  01608
(508) 799-1161

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have served upon all parties of record the within Certification of Defendant Jose Ortiz by ~~mailing~~ hand delivering a copy of the same, ~~postage prepaid~~, to Howard Friedman, Esquire, Law Offices of Howard Friedman, P.C. 90 Canal Street, Fifth Floor, Boston, MA  02114-2022; Richard J. Rafferty, Esquire, Eden & Rafferty, 19 Norwich Street, Worcester, MA 01608; and Michael J. Akerson, Esquire, Reardon, Joyce & Akerson, P.C., 397 Grove Street, Worcester, MA 01605 this 14th day of April, 2005.

_____
Donald V. Rider, Jr.
Assistant City Solicitor

2