UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO. 04CV126730-FDS

| | |
|---|---|
| RANDY BOUCHER and<br>LEON A KING II,<br>    Plaintiffs<br><br>v.<br><br>CITY OF WORCESTER,<br>BAHAMA BOB'S WORCESTER,<br>INC., PETER TOWLER,<br>DANIEL DOWD, THOMAS DOWD,<br>THOMAS C. DUFFY, EDWARD<br>MCGINN, MOORE, THOMAS,<br>FALCONE AND ORTIZ,<br>    Defendants | CERTIFICATION OF DEFENDANT<br>DANIEL DOWD |

Pursuant to LR 16.1(D)(3), Defendant Daniel Dowd hereby certifies that it and its counsel have conferred:

a.  with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation; and

b.  to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

DANIEL DOWD

*[signature]*
Daniel Dowd

        CITY OF WORCESTER, PETER TOWLER,
        DANIEL DOWD, THOMAS C. DUFFY,
        EDWARD MCGINN, MOORE, THOMAS,
        FALCONE AND ORTIZ

        By their attorneys,

        David M. Moore
        City Solicitor

        *[signature]*
        Donald V. Rider, Jr. (BBO#549777)
        Assistant City Solicitor
        City Hall, Room 301
        455 Main Street
        Worcester, MA 01608
        (508) 799-1161

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that I have served upon all parties of record the within Certification of Defendant Daniel Dowd by mailing a copy of the same, postage prepaid, to Howard Friedman, Esquire, Law Offices of Howard Friedman, P.C. 90 Canal Street, Fifth Floor, Boston, MA 02114-2022; Richard J. Rafferty, Esquire, Eden & Rafferty, 19 Norwich Street, Worcester, MA 01608; and Michael J. Akerson, Esquire, Reardon, Joyce & Akerson, P.C., 397 Grove Street, Worcester, MA 01605 this 29th day of April, 2005.

        *[signature]*
        Donald V. Rider, Jr.
        Assistant City Solicitor