UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RANDY BOUCHER and LEON A. KING II, | : | |
| Plaintiffs, | : | |
| v. | : | C.A. 04-12673FDS |
| CITY OF WORCESTER, BAHAMA BOB'S WORCESTER, INC., PETER TOWLER, DANIEL DOWD, THOMAS DOWD, THOMAS DUFFY, EDWARD MCGINN, MOORE THOMAS, FALCONE and ORTIZ, | : | |
| Defendants. | : | |

**DEFENDANT THOMAS DOWD'S MOTION FOR ALL CRIMINAL OFFENDER RECORD INFORMATION OF PLAINTIFFS RANDY BOUCHER AND LEON A. KING II**

Now comes Defendant Thomas Dowd, by and through his undersigned counsel, and hereby requests that this Court issue an Order granting access to all of the criminal offender record information ("CORI") reports, as maintained by the Criminal History Systems Board, for the Plaintiffs, Randy Boucher and Leon A. King II. In support of this request, Defendant Thomas Dowd states the following:

1. Pursuant to its statutory and regulatory authority, the Criminal History Systems Board, the state agency charged with the task of maintaining criminal offender record information for the Commonwealth, as well as the dissemination of such information when proper, has approved a general grant of access for attorneys of

    record in civil litigation, administrative hearings and criminal matters. *See* http://www.mass.gov/chsb/cori/cori_grants.html, last visited October 31, 2005; *see also* M.G.L. ch. 6, § 172.

2. This general grant of access for attorneys of record permits receipt of CORI for witness impeachment or trial strategy purposes, and requires an approved motion from the judicial authority presiding over the matter. *See* http://www.mass.gov/chsb/cori/cori_grants.html, last visited October 31, 2005.

3. This general grant is reflective of both the admissibility; *see* Fed.R.Evid. 401 (defining "relevant evidence" as all evidence tending to make the existence of any fact of consequence to the action more probable or less probable than it would be without such evidence); Fed.R.Evid. 402 (providing for the general admissibility of relevant evidence); Fed.R.Evid. 609 (providing that the credibility of a witness may be impeached by evidence of prior criminal convictions under certain circumstances); *see also Schuurman v. Town of North Reading*, 139 F.R.D. 276 (D.Mass. 1991) (concluding that prior convictions are admissible to impeach any witness, including a plaintiff testifying in a civil matter, and, therefore, that such plaintiff's criminal record information is reasonably calculated to lead to the discovery of admissible evidence); and the discoverable nature of such evidence. *See* Fed.R.Civ.P. 26 (b) (1) ("Parties may obtain discovery regarding any matter, not privileged, that is relevant to the claim or defense of any party . . . ."); *see also Schuurman*, 139 F.R.D. 276.

4. In this matter, the Plaintiffs have advanced a total of eight counts against the

       municipal, corporate and individual Defendants, including alleged federal and state civil rights violations as well as sundry state tort claims. *See* Complaint & Jury Demand dated December 21, 2004.

5. These allegations follow the Plaintiffs' arrest on or about December 23, 2001 by members of the Worcester Police Department for the crimes of trespass, disorderly conduct, assault and battery on a police officer and malicious destruction of property over $250.00. *See* Complaint & Jury Demand dated December 21, 2004. These allegations also follow the Plaintiff's subsequent criminal prosecution by the Worcester County District Attorney's Office. *Id.*

6. As parties to this action, it is anticipated that, should this matter proceed to trial, the Plaintiffs will provide testimony at such trial.

7. In order to defend against the Plaintiffs' myriad allegations, to execute a discovery plan and to prepare for trial, it is essential that defense counsel be granted access to the Plaintiffs' criminal offender record information.

8. As reflected in the attorney affidavit that accompanies this motion, appended hereto and marked as "Exhibit A," counsel for Defendant Thomas Dowd has certified that the Plaintiffs' CORI will be used only for authorized purposes, such as trial strategy and witness impeachment, and will not be disseminated to any unauthorized person or entity.

WHEREFORE, Defendant Thomas Dowd respectfully requests that this Court issue an Order granting access to all of the Plaintiffs Randy Boucher and Leon A. King's criminal offender record information. A copy of a proposed Order is attached hereto.

DEFENDANT THOMAS DOWD
By his attorneys,

/s/ Andrew J. Gambaccini
Andrew J. Gambaccini
BBO # 654690
Reardon, Joyce & Akerson, P.C.
397 Grove Street
Worcester, MA 01605
508.754.7220

Dated: November 4, 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RANDY BOUCHER and LEON A. KING II, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF WORCESTER, BAHAMA BOB'S WORCESTER, INC., PETER TOWLER, DANIEL DOWD, THOMAS DOWD, THOMAS DUFFY, EDWARD MCGINN, MOORE THOMAS, FALCONE and ORTIZ, <br><br> Defendants. | : <br> : <br> : <br> : <br> : <br> : C.A. 04-12673FDS <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## ORDER ON MOTION FOR CRIMINAL OFFENDER RECORD INFORMATION

Upon the proper motion of Defendant Thomas Dowd, it is hereby ORDERED that Defendant Thomas Dowd's counsel of record, Andrew J. Gambaccini of REARDON, JOYCE & AKERSON, P.C., 397 Grove Street, Worcester, MA 01605, shall, upon payment of a reasonable fee, obtain access to criminal offender record information (CORI) reports, maintained by the Criminal History Systems Board, concerning the following persons:

    Randy P. Boucher
    608 West Phil-Ellena Street, Unit 4A
    Philadelphia, PA 19119
    Date of birth: June 24, 1963

    Leon A. King II
    608 West Phil-Ellena Street, Unit 4A
    Philadelphia, PA 19119
    Date of birth: April 8, 1963

It is further ORDERED that:

(1)   defense counsel shall use the information contained in the CORI reports exclusively for purposes of witness impeachment and trial strategy in the above-captioned matter; and

(2)   defense counsel shall not disclose the information contained in the CORI reports to any unauthorized person or otherwise use the information in a manner that violates M.G.L. ch. 6, §§ 167 et sequentia and 803 C.M.R. §§ 1.00 et sequentia.

**So Ordered.**

                                                                                            _____
                                                                                            F. Dennis Saylor IV
                                                                                            United States District Judge

Dated:

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RANDY BOUCHER and LEON A. KING II, : : : **Plaintiffs**, : : v. : : CITY OF WORCESTER, BAHAMA : BOB'S WORCESTER, INC., PETER : TOWLER, DANIEL DOWD, : THOMAS DOWD, THOMAS : DUFFY, EDWARD MCGINN, MOORE : THOMAS, FALCONE and ORTIZ, : : **Defendants.** : : | C.A. 04-12673FDS |

**ATTORNEY AFFIDAVIT IN SUPPORT OF MOTION FOR PLAINTIFFS' CRIMINAL OFFENDER RECORD INFORMATION**

Now comes the undersigned affiant and does depose as follows:

1. My name is Andrew J. Gambaccini and I am an attorney licensed to practice in the federal and state courts of the Commonwealth of Massachusetts.

2. I am an attorney of record for Defendant Thomas Dowd with respect to the above-captioned lawsuit, now pending in this Court.

3. I am requesting criminal offender record information for the Plaintiffs, Randy Boucher and Leon A. King II, for purposes of witness impeachment and trial strategy in connection with the above-captioned lawsuit.

4. I will not disclose this information to unauthorized persons or use the information for any purpose unrelated to this lawsuit, in violation of M.G.L. ch. 6, § 167 et sequentia and 803

C.M.R. § 1.00 et sequentia.

      Signed under the penalties of perjury this 4th day of November, 2005.

                                                                                       Andrew J. Gambaccini

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RANDY BOUCHER and LEON A. KING II,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF WORCESTER, BAHAMA BOB'S WORCESTER, INC., PETER TOWLER, DANIEL DOWD, THOMAS DOWD, THOMAS DUFFY, EDWARD MCGINN, MOORE THOMAS, FALCONE and ORTIZ,<br><br>Defendants. | C.A. 04-12673FDS |

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1**

Now comes counsel for the Defendant Thomas Dowd and hereby certifies that a good faith attempt to resolve or narrow the issue(s) presented by this Motion for All Criminal Offender Record Information Of Plaintiffs Randy Boucher and Leon A. King II. has been made pursuant to Local Rule 7.1 of the District Court in that the undersigned counsel has spoken with plaintiffs' counsel.

/s/ Andrew J. Gambaccini
Andrew J. Gambaccini