UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **RANDY BOUCHER and LEON A. KING II,** )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>**CITY OF WORCESTER, BAHAMA BOB'S** )<br>**WORCESTER, INC., PETER TOWLER,** )<br>**DANIEL DOWD, THOMAS DOWD,** )<br>**EDWARD MCGINN, MOORE, THOMAS,** )<br>**FALCONE and ORTIZ.** )<br>)<br>Defendants. )<br>) | **Civil Action No.**<br>**04-12673-FDS** |

## ORDER ON MOTION FOR CRIMINAL OFFENDER RECORD INFORMATION

Upon the proper motion of defendant Thomas Dowd, it is hereby ORDERED that defendant's counsel of record, Andrew Gambaccini, EDWARD P. REARDON, P.C., 397 Grove Street, Worcester, MA 01605, shall, upon payment of a reasonable fee, obtain access to Criminal Offender Record Information (CORI) reports maintained by the Criminal History Systems Board concerning the following persons:

>Randy P. Boucher
>608 West Phil-Ellena Street, Unit 4A
>Philadelphia, PA 19119
>D.O.B. 6/24/63

>Leon A. King II
>608 West Phil-Ellena Street, Unit 4A
>Philadelphia, PA 19119
>D.O.B. 7/8/63

It is further ORDERED that:

(1) defense counsel shall not be entitled to access arrest or probation records maintained by police departments or the Department of Probation;

(2) defense counsel shall use the information contained in the CORI reports exclusively for purposes of witness impeachment and trial strategy in the above-captioned matter; and

(3) defense counsel shall not disclose the information contained in the CORI reports to any unauthorized person or otherwise use the information in a manner that violates Mass. Gen. Laws ch. 6, §§ 167 et. seq. and 803 C.M.R. §§ 1.00 et. seq.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
Dated: November 22, 2005                    United States District Judge