```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS

                                        C.A. NO. 04CV12673-FDS

RANDY BOUCHER and LEON A. KING II, )
        Plaintiffs                 )
                                   )
v.                                 )
                                   )
CITY OF WORCESTER, BAHAMA          )    NOTICE OF APPEARANCE
BOB'S WORCESTER, INC., PETER       )
TOWLER, DANIEL DOWD,               )
THOMAS DOWD, THOMAS DUFFY,         )
EDWARD McGINN, MOORE, THOMAS,      )
FALCONE and ORTIZ,                 )
        Defendants                 )
```

TO THE CLERK OF THE ABOVE-NAMED COURT:

   Please enter my appearance on behalf of Defendants City of Worcester, Peter Towler, Daniel Dowd, Thomas Duffy, Edward McGinn, Moore, Thomas, Falcone and Ortiz.

                        CITY OF WORCESTER, PETER TOWLER,
                        DANIEL DOWD, THOMAS DUFFY, EDWARD
                        MCGINN, MOORE, THOMAS, FALCONE and
                        ORTIZ
                        By their attorneys,
                        David M. Moore
                        City Solicitor


                        /S/ Janet J. McGuiggan_____
                        Janet J. McGuiggan (BBO #630013)
                        Assistant City Solicitor
                        City Hall, Room 301
                        455 Main Street
                        Worcester, MA  01608
                        (508) 799-1161

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that I have served upon Plaintiff the within Notice of Appearance by mailing a copy of the same, postage prepaid, to Howard Friedman, Esquire, Law Offices of Howard Friedman, P.C. 90 Canal Street, Fifth Floor, Boston, MA 02114-2022; Richard J. Rafferty, Esquire, Eden & Rafferty, 19 Norwich Street, Worcester, MA 01608; and Michael J. Akerson, Esquire, Reardon, Joyce & Akerson, P.C., 397 Grove Street, Worcester, MA 01605 this 24 day of February, 2006.

                                      /s/ Janet J. McGuiggan
                                      Janet J. McGuiggan
                                      Assistant City Solicitor