UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RANDY BOUCHER and LEON A. KING II,<br>　　　　Plaintiffs<br><br>v.<br><br>CITY OF WORCESTER, BAHAMA<br>BOB'S WORCESTER, INC., PETER<br>TOWLER, DANIEL DOWD,<br>THOMAS DOWD, THOMAS DUFFY,<br>EDWARD McGINN, MOORE, THOMAS,<br>FALCONE and ORTIZ,<br>　　　　Defendants | C.A. NO. 04CV12673-FDS |

STIPULATION OF DISMISSAL (WITH PREJUDICE) AS TO
DEFENDANTS FALCONE AND THOMAS

　　　The parties to the above-captioned case hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), that this case is dismissed, with prejudice, solely as to Defendants Falcone and Thomas, all rights of appeal waived and each party to bear its own costs.

RANDY BOUCHER and
LEON A. KING

By their attorney,

_____
Howard Friedman, Esq.
89 Canal Street
Fifth Floor
Boston, MA  02114
(BBO# 180080)

CITY OF WORCESTER, PETER
TOWLER, DANIEL DOWD, THOMAS
DUFFY, EDWARD MCGINN, MOORE,
THOMAS, FALCONE and ORTIZ
By their attorneys,
David M. Moore
City Solicitor

_____
Janet J. McGuiggan,
Assistant City Solicitor
City Hall, Room 301
455 Main Street
Worcester, MA  01608
(508) 799-1161
(BBO#630013)

BAHAMA BOB'S OF
WORCESTER, INC.

By its attorney,

_____
Richard Rafferty, Esq.
19 Norwich Street
Worcester, MA  01608
(508) 795-1601
(BBO# 551944)

THOMAS DOWD

By his attorney,

_____
Andrew J. Gambaccini, Esq.
397 Grove Street
Worcester, MA  01605
(508) 754-7285
(BBO# 654690)