UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RANDY BOUCHER and LEON A. KING II <br><br> Plaintiffs <br><br> VS. <br><br> BAHAMA BOB'S WORCESTER, <br><br> Defendant | CIVIL ACTION NO.: 04-12673 |

OFFER OF JUDGMENT

Pursuant to F.R.C.P. 68, Defendant, Bahama Bob's Worcester, hereby offers to allow judgment in the amount of five thousand ($5,000) dollars, inclusive of interest and costs, to be entered in favor of the Plaintiffs in full satisfaction of all claims in the Complaint, alleged against Defendant, Bahama Bob's Worcester. If the Plaintiff's do not accept this Offer within ten (10) days, it shall be deemed withdrawn. In the event Plaintiffs do not accept this Offer and they subsequently obtain a Judgment, exclusive of interest from the date of this Offer, that is not more favorable than the Offer contained herein, Bahama Bob's Worcester shall be entitled to recover costs incurred from the date of this Offer.

Bahama Bob's Worcester
By It's Attorney,

*[signature]*
RICHARD J. RAFFERTY - 551944
EDEN & RAFFERTY
19 Norwich Street, 5th floor
WORCESTER, MA 01608
(508) 795-1601

Dated: 6/23/2006

## CERTIFICATE OF SERVICE

I, Richard J. Rafferty, hereby certify under the penalties of perjury that I have this date gave notice of the filing of the within, Defendant, Bahama Bob's Worcester Offer of Judgment, by mailing a copy of same, certified, return receipt requested, postage prepaid to:

Howard Friedman, Esq.
90 Canal Street, 5th floor
Boston, MA 02114

DATE: 6/23/2006

RICHARD J. RAFFERTY

**Law Offices of Howard Friedman, P.C.**

90 Canal Street, 5th Floor
Boston, MA 02114-2022

Telephone
617-742-4100

Telecopier
617-742-5858

info@civil-rights-law.com

Howard Friedman
Myong J. Joun
Jennifer L. Bills

June 30, 2006

<u>*VIA FAX 508-795-1811 AND FIRST CLASS MAIL*</u>

Richard J. Rafferty
Eden & Rafferty, P.C.
19 Norwich Street, 5th Fl
Worcester, MA 01608

Re: <u>Boucher et al. v. City of Worcester et al.</u>
C.A. No. 04-12673-FDS

Dear Mr. Rafferty:

I am writing to you pursuant to F.R.Civ.P 68 to accept your offer of judgment which was sent on June 23, 2006 and was received on June 26, 2006.

I will file the offer and this notice of acceptance with the clerk.

Sincerely,

Howard Friedman

HF:jlb

```
*************** -COMM. JOURNAL- ******************* DATE JUN-30-2006 ***** TIME 17:32 *** P.01

           MODE = MEMORY TRANSMISSION           START=JUN-30 17:31      END=JUN-30 17:32

           FILE NO.= 144

      STN NO.   COM   ABBR NO.    STATION NAME/TEL.NO.    PAGES   DURATION

       001      OK      ☎         15087951811            001/001  00:00'11"

                                                          -SSWG                     -

************************************** -SSWG     - **** -    617 742 5858- ********
```

# Law Offices of Howard Friedman, P.C.

90 Canal Street, 5th Floor
Boston, MA 02114-2022

Telephone
617-742-4100

Telecopier
617-742-5858

info@civil-rights-law.com

Howard Friedman
Myong J. Joun
Jennifer L. Bills

June 30, 2006

**_VIA FAX 508-795-1811 AND FIRST CLASS MAIL_**

Richard J. Rafferty
Eden & Rafferty, P.C.
19 Norwich Street, 5th Fl
Worcester, MA 01608

Re: <u>Boucher et al. v. City of Worcester et al.</u>
C.A. No. 04-12673-FDS

Dear Mr. Rafferty:

I am writing to you pursuant to F.R.Civ.P 68 to accept your offer of judgment which was sent on June 23, 2006 and was received on June 26, 2006.

I will file the offer and this notice of acceptance with the clerk.

Sincerely,

Howard Friedman

HF:jlb

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RANDY BOUCHER and LEON A. KING II,<br>　　　Plaintiffs<br><br>v.<br><br>CITY OF WORCESTER, BAHAMA<br>BOB'S WORCESTER, INC., PETER<br>TOWLER, DANIEL DOWD,<br>THOMAS DOWD, THOMAS DUFFY,<br>EDWARD McGINN, MOORE,<br>THOMAS, FALCONE and ORTIZ,<br><br>　　　Defendants | CIVIL ACTION NO. 04-12673-FDS |

### AFFIDAVIT OF MYONG J. JOUN

I, Myong J. Joun, state as follows:

1.   I am an attorney in good standing in the Commonwealth of Massachusetts and an associate at the Law Offices of Howard Friedman, P.C.

2.   I represent the Plaintiffs in the above-captioned action.

3.   Our law office received an Offer of Judgment, pursuant to Rule 68, from Defendant Bahama Bob's Worcester, Inc. It was dated June 23, 2006.

3.   I caused a copy of our Notice of Acceptance of the Offer of Judgment from Bahama Bob's Worcester, Inc. to be mailed via U.S. first class mail to counsel for Bahama Bob's on June 30, 2006.

4.   I caused a copy of our Notice of Acceptance of the Offer of Judgment from Bahama Bob's Worcester, Inc. to be faxed to counsel for Bahama Bob's on June 30, 2006.

I declare under penalty of perjury that the foregoing is true and correct this 24th day of July, 2006.

_____
Myong J. Joun