UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
RANDY BOUCHER and LEON A. KING II,   )
        Plaintiffs                    )
                                      )
v.                                    )
                                      )
CITY OF WORCESTER, BAHAMA             )
BOB'S WORCESTER, INC., PETER          )   C.A. NO. O4CV12673-FDS
TOWLER, DANIEL DOWD,                  )
THOMAS DOWD, THOMAS DUFFY,            )
EDWARD McGINN, MOORE, THOMAS,         )
FALCONE and ORTIZ,                    )
        Defendants                    )
```

STIPULATION OF DISMISSAL (WITH PREJUDICE) AS TO DEFENDANTS
CITY OF WORCESTER, PETER TOWLER, DANIEL DOWD, THOMAS DOWD
THOMAS DUFFY, EDWARD MCGINN, MOORE, THOMAS, FALCONE AND ORTIZ

The parties to the above-captioned case hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), that this case is dismissed, with prejudice, as to Defendants City of Worcester, Peter Towler, Daniel Dowd, Thomas Dowd, Thomas Duffy, Edward McGinn, Moore, Thomas, Falcone and Ortiz, with all rights of appeal waived and each party to bear its own costs.

| | |
|---|---|
| RANDY BOUCHER and<br>LEON A. KING<br>By their attorney, | CITY OF WORCESTER, PETER TOWLER, DANIEL<br>DOWD, THOMAS DUFFY, EDWARD MCGINN, MOORE,<br>THOMAS, FALCONE and ORTIZ<br>By their attorneys,<br>David M. Moore<br>City Solicitor |
| /s/ Howard Friedman<br>Howard Friedman, Esq.<br>89 Canal Street<br>Fifth Floor<br>Boston, MA  02114<br>(BBO# 180080) | /s/ Janet J. McGuiggan<br>Janet J. McGuiggan,<br>Assistant City Solicitor<br>455 Main Street, Room 301<br>Worcester, MA  01608<br>(508) 799-1161<br>(BBO#630013) |
| | THOMAS DOWD<br>By his attorney, |
| | /s/ Andrew J. Gambaccini<br>Andrew J. Gambaccini, Esq.<br>397 Grove Street<br>Worcester, MA  01605<br>(508) 754-7285<br>(BBO# 654690) |