UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Randy Boucher and Leon A. King III,
           Plaintiff,

v.                                                  CIVIL ACTION NO. 04-12673-FDS

Bahama Bob's Worcester,
           Defendant,

## JUDGMENT IN A CIVIL CASE

Saylor, D.J.

**Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**Decision by the Court.** This action came to trial before the Court. The issues have been tried and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED: in accordance with the defendant's, Bahama Bob's of Worcester, Offer of Judgment dated 6/23/06, and the plaintiffs acceptance of said offer, that judgment be entered in favor of the plaintiffs, Randy Boucher and Leon A. King III, against the defendant, Bahama Bob's Worcester, in the amount of $5000.00.**

                                                        TONY ANASTAS, CLERK

Dated: 8/22/06                            /s/ Martin Castles
                                                       ( By ) Deputy Clerk